From:  Keith Karlson <keithkarlson@comcast.net>
Subject:  **INVOICE # REDD01**
Date:  April 8, 2008 3:49:25 PM CDT
To:  pmiller@smaops.com

First invoice for work completed specifically by request of and for Red Door Homes, INC.
***Please see copyright notice at end of this invoice.***

---

INVOICE FOR SERVICES PROVIDED BY KEITH KARLSON'S ARCHIMAGE
INVOICE # REDD01

Billed To:
RedDoor Homes Inc.
6979 Kingsport Pkwy, Suite 11
Orlando, FL  32819

WORK ORDER: Verbal

TERMS: Net 30 (5% after 30 days, 1% per month thereafter)

WORK ORDER DATE: 3-31-08
DELIVERY DATE: 4-4-08 to 4-7-08
INVOICE DATE: 4-8-08

DESCRIPTION OF SERVICES AND OTHER CHARGES:

---

New Elevations:

GeorgetownA...........345
GeorgetownB...........150
FarringtonA...........345
FarringtonB...........150
SalesCenter...........400
SheffieldA............345
SheffieldA............150

New FloorPlan Art:

Georgetown.............50
Farrington.............70
Sheffield..............70

---

SUBTOTAL : 2065.00
RUSH(30%): 0.00

---

TOTAL DUE: $2065.00

PLEASE MAKE CHECKS PAYABLE TO:
Keith Karlson
1306 Toney Drive
Huntsville, AL 35802

Copyrights Declaration:

TERMS:

Throughout the following declaration, (1) the terms "Keith", "my" and "I" will hereby refer to Keith
W. Karlson and/or any business identity Keith may be doing business as, including ArchImage and/or
Avondale Design Group; (2) the terms "you" and "your" will hereby refer to the business entity
receiving the contracted artwork for use under this invoice; (3) the term "artwork" will hereby
refer to all images delivered by "Keith" to "you" to satisfy the work order contract represented by
this invoice.

COPYRIGHT TRANSFER:

With delivery of your artwork, I transfer to you a limited copyright to reproduce the artwork I have



**EXHIBIT**

**4**

produced for you in unlimited quantities on any media you choose, royalty-free, but only for use directly by you and may not be transferred to another business entity without my expressed permission. To protect the quality of the artwork and thereby my reputation, these copyrights are also limited in that you may not modify, add-to, or remove any elements of the image at any time without my expressed permission except in the following specific cercumstances.

1. The exclusion of minor elements which have been specifically provided on a seperate "layer" in Photoshop file format (.psd) - such as text or trees in a floorplan Illustration.
2. The general cropping or framing of the image for purposes of including the artwork in a layout or presentation.
3. The scaling of the artwork (reduction or increase of the artwork's pixel resolution) for purposes of including the artwork in a layout or presentation.  (WARNING:  Significant reduction to produce small images - for websites, for example - may cause blurriness and usually will require the light application of a "sharpening filter".)
4. The alteration of general RGB color values and brightness or contrast levels to the ENTIRE image for purposes of tweaking artwork for final output on various printers and other media.

By using the artwork in any way, you hereby agree to these terms and limitations to the copyrights transfered to you with delivery of your artwork.