IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

KEITH KARLSON,

    Plaintiff/Counter-claim defendant,

vs.                                           CASE NO. CV-11-J-1511-NE

RED DOOR HOMES, LLC,
et al.,

    Defendants/ Counter-claim plaintiffs.

## ORDER

In accordance with the memorandum opinion entered this day,

It is **ORDERED** by the court that defendants' motion for summary judgment (doc. 36) is **GRANTED** on all counts of the plaintiff's complaint, the court finding no genuine issue of material fact remains and that the defendant is entitled to judgment in its favor on the claims of the plaintiff's complaint.

It is further **ORDERED** by the court that the plaintiff's motion for summary judgment on the defendants' counterclaims (doc. 39) is **GRANTED** on all counts of the defendants' counterclaim, the court finding no genuine issue of material fact remains and that the plaintiff is entitled to judgment in his favor on the defendants' counterclaims.

The defendants' pending motions to strike plaintiff's damages and plaintiff's declaration (docs. 38 and 50) are found to be **MOOT**.

**DONE** and **ORDERED** this the 16th day of May, 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE